United States District Court
District of New Jersey
MLK Jr. Federal Bldg & U.S. Courthouse
50 Walnut Street
Newark N.J. 07101

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2017 JUL 10 P 12:00

Reimbursement Lawsuit
Statue 440; 42 CFR-405.841(c)
Eric J. Rhett Disabled
     Plaintiff

Civil Action
No.

vs  Defendant(s)
Hudson County Child Support Unit
H.C.C.S.E.U.
Ex-Wife Annette Rhett Williams - Divorced 2-18-2000
Eric J. Rhett Sr. Plaintiff, 195 W. Main St. Apt-2 Rahway N.J. 07065

Complaint

Hudson County Child Support Unit

## Jurisdiction

The Court Already Has Jurisdiction; In Addition To The ADA Act, A Constitutional Violation On Facts, Of Article III. Section 2. Along With A 42 CFR-405.841 C Fed. Statute Violation - 890; Calkins v Blum 1981, N.D. NY 511 F Supp 1073, Aff'd, Remanded (CA2 NY) 675 F2d 44;

## Cause Of Action

Total Reimbursement; For Tax Return Refunds And Erroneous Deductions On Facts; Pursuant To 31 U.S.C. § 3720A - Entitled; Supported By The Americans With Disabilities Act - A.D.A. 42 CFR-405.841 C Compels Reimbursement Because Of A Fraudulent Act Of Deductions

## Demand(s)

Acknowledge Plaintiff Owes No Rears per Fed.R.8.(e) Justice Entitled Construing Pursuant To Fed.R.8.5-1(A)
Compelled To Any Opposition Defense - To Reject; As - 42 CFR-405.841(c) Reverses Any Defense, Of Non-Compliance,

Because plaintiff's original onset date of disabled w/ disabilities, is 10-3-89., verified by Krivitzky, Springer & Feldman law firm, and Social Security record of earnings:
Diagnosis - Congenital Muscular Dystrophy CMD-131; And Soc. Security Rule 416.920(G) Allows anyone to attempt to try and adjust to any other work. As plaintiff tried, from 10-3-89 to 3-8-1998; then fact, State Judge Maureen P. Sogluizzo, entered a disposition on 4-27-05 quoting: No Collection-Deductions while Mr. Rhett is on disability. Dkt. No. FD-09-1931-90.
Medical Fact - plaintiff's diagnosis of degenerative arthritis spinal stenosis, cervical spine of disc. Disease Neck - is a lifetime incapacity. of congenital muscular dystrophy along with 9" plate & two pins in left four arm - and dislocated right shoulder at AC joint... where the ADA act consolidates retroactively plaintiff's history dates of his disability; construing Justice under Fed. R-8.(e) pursuant to Fed. R. 8. A-3
And demanding a total tax return - and disability deductions along with unlawful deductions. Verified and justified under 42 CFR-405.841(c):
For inaccuracy; negligence findings; fraudulent acts on deduction enforcement,
In the amount of $
As the court will add up all deductions attached - reimbursement

For disability deductions from 8-9-98 to 10-17-98

Fed tax return - IRS

Plaintiff officially divorced - onset date 2-16-2000 - default of ex-spouse. And retrieved from the N.J. Dept. of Treasury liable to pay back. Dkt. No - EM-2000782-00 State Judge David J. Issenman presided
A civil right to recover, under statute 440.

I, the plaintiff verifys that did not at no time, owed child support payments and all statements are true. without any false statements - Accordingly to section 1001 of Title 18 of the United States Code  Eric J Rhett