United States District Court
District of New Jersey

TITLE OF ACTION
TO RECOVER FROM ALL
DEFENDANTS. CIVIL LAWSUITS

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2018 JUN -4  A 10:01

Eric J. Rhett - Disabled w Disabilities
   Plaintiff

Civil Action No. 2:17-cv-05539 ES

vs-

Social Security Commissioner
N.J. State Treasurer
Ford M Scudder
Hudson County Child Support Unit
Firemans Insurance Company
New Jersey State Trust Fund Unit
  Michelle M. Smith
Landlord - Joseph Sinisi
Dr. Howard Pecker
Dr. Douglas Bradley
Dr. Fadi J. Bejjani
Dr. Monica Mehta
Freda J. Rhett           Defendant(s)

- Complaint -

## PARTIES

Eric J. Rhett Plaintiff - 195 W. Main St. Apt 2 Rahway N.J. 07065
Commissioner Fred Maurin - 26 Federal Plaza - Suite 40-120
New York N.Y. 10278
Ford M Scudder Treasurer - 125 W. State St. P.O. Box 002 Trenton N.J. 08625
Hudson County Child Support - 595 Newark Ave, Jersey City N.J. 07306
Firemans Insurance Co. - President William Scaidaferri, 225 W.
Washington St. Suite 1800 Chicago IL. 60606-3484

New Jersey-Trust Fund) - Hughes Justice Complex, 25 W. Market St.
Trenton N.J. 08625 - Michelle M. Smith Clerk -
Joseph Sinisi - 195 West Main St. Corp. 1429 US Highway 22 East
Mountainside, N.J. 07092
Dr. Howard Becker, 847 St. Georges Ave. Rahway N.J. 07065
Dr. Douglas Bradley - 700 Rahway Ave., Union N.J. 07083
Dr. Fad. J. Bejjani - 2946-60 Rt. 10 West Power Mill Plaza West
Morris Plains N.J. 07950
Dr. Monica Mehta - 191 Palisade Ave, Jersey City N.J. 07306
Freija Jean Rhett - Q15 Quincey Circle, Dayton N.J. 08810

per 28 U.S.C. 1331 -    __Jurisdiction__
Plaintiff legal Jurisdictional Right to Recover His Retroactive SSI) Benefits
is in District Ct. Especially when - All local Soc Sec Authorities - not in Compliance
with penalty 42 CFR 405.841(c) - under Sections 1129 & 1140 of the Social -
Security Act. As it is legally Declared. By This Act.
 When you Revisit - An Already Final and Mandated Claim. Like in -
Hereof, You must Give - present - an updated Defense
presentation - From the Retroactive, Original Meritorious
Claim - Case - Rhett vs Social Security Administration -
Finalizing Date; Jan. 2007. In the Matter of a 42 CFR-405.841c
Violation. And with Approval of the Third Circuit Court,
And Five other Federal Officials. Dkt. No. 06-2903, The
United States Congressional - Judiciary Act of 1789
upholds, The Facts - set Fourth in that Mandated Brief,
Mandating - Retroactively From Jan. 2007., it is - and was
Actually Justified, That the U.S. Social Security Adm.
is Being sued - under the Federal Tort Claims Act
(FTCA) - Where This Federal Question - Turns into Facts,
Accordingly - That the Plaintiff - Did in Deed - And First
presented - A Medical Fraud Claim and etc. to an
Appropriate Federal Agency - Dept.

AND THE FEDERAL DEPT. WAS - TO THE SOCIAL SECURITY ADM.- INSPECTOR GENERAL - AUDIT - TIMOTHY HORGAN - AND INSPECTOR GENERAL, ON INVESTIGATIONS JOHN DOCKERY - LOCATED AT - 3835 FEDERAL Bldg, 26 FEDERAL PLAZA - N.Y. N.Y. 10278. - APPLICATION DATED, SEP. 16-2004 - WITH PRIVATE LAWYER ROWENA M. DURAN AS A WITNESS, BECAUSE SHE WAS DEFENDING - THE VIOLATING DOCTOR'S. - WHO REFUSED TO DO HIS JOB (TIMOTHY HORGAN - JOHN DOCKERY) BUT THE JAN. 2007 CAPTION OF FEDERAL OFFICIALS - DID THE JOB - THEREFORE REMANDED JURISDICTIONAL RIGHTS - IS, CALKINS v BLUM (1981, ND NY 511 F Supp 1073; AFF'd. REMANDED (CA2 NY) 675 F2d 44, RUSH v PARHAM (1980, CA5 Ga) 625 F2d 1150 REH den (CA5 GA) 632 F2d 894. - STRICTLY FOR APPROVAL - SSR - 429. 107. - APPLYING TO ALL DEFENDANTS IN A RECOVERY MANNER. BECAUSE PLAINTIFF ENTITLES DUE PROCESS ON THIS REVISIT - IN THE DISTRICT COURT, EXERCISING DUE PROCESS OF PROTECTIVE LAWS TO RECOVER, MANDATED UNDER CONSTITUTION OF ARTICLE; XIV - SECTION 1.

FURTHERMORE,

WHERE PLAINTIFF'S HAS LEGAL - FEDERAL JURISDICTIONAL RIGHT TO BRING SUIT AGAINST THE SOCIAL SECURITY ADM. UNDER 28 U.S.C. 2475(A) - FOR THE ORIGINAL ONSET CLAIM - OF 9-9-2002. RETROACTIVELY. CLAIM. - AS UNDER SECTION 1631(c)(3) OF THE SOCIAL SECURITY ACT (42 U.S.C. 1383 (c)(3) ALSO GIVES THE DISTRICT COURT JURISDICTION - TO INTERVENE, AND STOP THE SOCIAL SECURITY BENEFITS - DELAYS.

THE U.S. FEDERAL DEBT COLLECTION ACT OF 1982 TAKE'S AUTHORITY UPON EACH OF THE DEFENDANTS OBLIGATION - TWO PAY

## CAUSE OF ACTION

IN THE ABSENCE, OF USABLE & DISABILITY SOCIAL SECURITY BENEFITS. PLAINTIFF IS BEING PAINFULLY - DEPRIVED OF LIVING HIS IMPAIRED LIFE TO THE FULLEST, VIOLATING - U.S. CONSTITUTION ARTICLE XIV. SECTION 1., IN ALL OTHER CLAIMS + CASE'S - PLAINTIFF HIS LEGAL CIVIL RIGHTS TO BE AWARDED - WHAT IS OWED TO HIM - WEATHER, THROUGH - DAMAGES, OR BEING COMPENSATED. - AS NEEDED TO LIVE HIS PAINFUL DISABILITY LIFE.

## DEMAND(S)

AS IT IS JUST, TO RUN DKT. NO. 2:16-CV-01622 CONCURRENT WITH DKT. NO. 2:17-CV-05539 TOGETHER AS ONE, ALLOWING THE SUMMONS AND SERVING PROCESS, TAKES COURSE OF ACTION AS ORDERED BY THE COURT.

CONTINUES PER EACH-PLEADING INDIVIDUALLY

I, THE PLAINTIFF, DO CERTIFY - THAT ALL OF THE FOREGOING PLEADINGS ATTACHED - PER EACH STATEMENTS ARE TRUE AND CORRECT.
EXECUTED - ORIGINALLY; AND HEREOF ON JUNE 4th 2018
PLAINTIFF CANNOT WORK ANYMORE.
ON THE FACE OF EVIDENCE ETC. HISTORY & FACTS MANDATED - ATTESTED;
- DESERVING EXPEDITING RECOVERY -

EACH DEFENDANT SHALL BE SERVED THERE PORTION OF THIS COMPLAINT PER-PAGE

S L - P. C. LAW FIRM

CONTINUES

5.

IN RHETT VS SOCIAL SECURITY ADMINISTRATION ETC #1 - THE 9-9-02 CLAIM:
PURSUANT TO FED. C. RULE 8 (A)
PLAINTIFF-STATE'S A RETROACTIVE VIOLATION CLAIM OF 42 CFR-405.841(C).
JURISDICTION: IS BASED ON: UNDER SECTION 1631(C)(3) OF THE SOCIAL SECURITY
ACT, 42 U.S.C. 1383 (C)(3), AND PROCEEDING UNDER - RULE 9.1; AND
UNDER AUTHORITY OF, INTER ALIA, BECAUSE WHAT REQUIRED STEPS - THAT
MUST BE TAKEN FIRST, WERE TAKEN - WITH THE SOC. SEC. INSPECTOR
GENERAL - TIMOTHY HORGAN AND JOHN DOCKERY ON 9-16-2004,
WHERE BOTH FAILED TO DO THERE JOB - AND PENALIZE ACCORDINGLY.
THEREFORE, THE FEDERAL TORT CLAIMS ACT, AND 28 U.S.C. SECTIONS
2671-2680 ALLOWS- SUIT, FOR BENEFIT COMPENSATION-MONEY
RETROACTIVELY.
ENTITLED - TO RELIEF
2. PLAINTIFF'S IMPAIRED CONDITION - OF CONGENITAL MUSCULAR DYSTROPHY
CMD-131-MET + MEETS, SOCIAL SECURITY'S LIFE, INCAPACITY DURATION, TO
RECEIVE SSID BENEFITS, SINCE 10-3-89 AND THEREAFTER.
WITH HIS RIGHT SHOULDER AND LEFT FOUR ARM -, ON 8-3-98,
DO TO HI-TECH TRAINING SCHOOL'S NEGLIGENCE, PLAINTIFF PERMANENTLY
IMPAIRED - INJURED HIS NECK - WHICH FALLS UNDER SAME CONDITION
IN THE MATTER OF THE 9-9-02 DECISION.
THE RELIEF UPON WHICH - IS ENTITLED TO BE GRANTED.,
A 42 CFR-405.841(C) VIOLATION (STRICTLY ONLY) AS REQUIRED.
PENALIZE EACH VIOLATING - DOCTORS; AND CORRECT THE CLERICAL
ERROR, DECLARING PLAINTIFF IS NOT ENTITLED - WHEN PLAINTIFF IS.,
AND RULE OUT - THE PHYSICAL WORK - SS JUDGE DEAN W DETERMAN
SAID PLAINTIFF CAN STILL DO - WHEN PLAINTIFF IMPAIRMENTS WON'T
ALLOW NO MORE PHYSICAL WORK PERIOD. AND RULING OUT THE
BELIEF - THAT THERE IS STILL SOMEKIND OF WORK - IN THE ECONOMY
PLAINTIFF CAN STILL DO - OBJECTED - NOT IN PLAINTIFF'S PAINFULL
CONDITION - NECK, RIGHT SHOULDER + LEFT FOUR ARE ABSOLUTELY NOT.
AND ORDER, THAT IT IS NOT REQUIRED FOR PLAINTIFF TO BE
MEDICALLY - RE-EXAMINED AGAIN - FOR APPROVAL.
PURSUANT TO SPECIAL MATTERS UNDER RULE 9(d) ABOVE FEDERAL
TORT CLAIMS ACT, IS HEREBY LEGALLY EXECUTED ALSO, FOR THIS
PLEADING TO BE APPROVED. UNDER AFFIRMATIVE DEFENSE .
FOR THE RETROACTIVE AMOUNT OF - $577,720.00 + AND COUNTING $
PER MONTH - SINCE 9-9-02, W-H NO FURTHER MEDICAL
EXAMINATIONS PROTECTED - UNDER TITLE II & TITLE XVI.

6B

YES:
THEY PROFESSIONALLY & CRIMINALLY COERCED THAT $12,500.00 ON THE RECORD - EVEN VIOLATING THE ADA-ACT. IN DOING SO.

PURSUANT TO FED. C. Rule 9(c)

THE LEGAL PRECEDENTED - ACT OF PRIORITY - IN THE RELIEF FROM THIS RECORD - OCCURRED MANY YEARS AGO -
Civil Rule - 348. OF STEIN ON PERSONAL INJURY DAMAGES, BECAUSE THE $12,500.00 WAS NOT ACCEPTED WITHIN 30 DAYS -,
IN ADDITION TO STEIN ON PERSONAL INJURY DAMAGES, §52-5721. QUOTING, THE PLAINTIFF - SHALL NOT BE BARRED, FROM RECOVERY IN DAMAGES. SUPPORTED By THE CONGRESSIONAL JUDICIARY ACT OF 1789,
BECAUSE THE STATE RECORD - IS NOT AUTHENTIC;
CONSTITUTING THAT RECOVERY - IS BINDING (UNCONDITIONALLY).
UPON WHICH RELIEF FROM - STATES FRIVOLOUS & FRAUDULENT RECORD CAN BE GRANTED.

AND TRIPLE - THE ORIGINAL JUSTIFIED PROPOSED AMOUNT - OF $750,000.00 - TO $2,250,000.00 FOR DECEIVING THE COURTS FOR YEARS.
IN ADDITION - FOR PAIN & SUFFERING - PERMANENTLY -
FOR NEGLIGENTLY TERMINATING THE ABILITY TO DRIVE;
LEAVING PLAINTIFF WITH PERMANENT NECK COMPLICATIONS;
AND RESTRICTED MOBILITY USE OF THE NECK

AND DEMAND FOR JURY TRIAL - IF NECESSARY - AS IT IS PLAINTIFF'S PRESERVED CONSTITUTIONAL RIGHT UNDER ARTICLE VII, OF CIVIL RIGHTS

*[signature]*

with draft